**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reginald Haywood,<br><br>           Plaintiff,<br><br>vs.<br><br>Jeffrey A. Bedatsky, et al.,<br><br>           Defendants. | No. CV-05-2179-PHX-DGC<br><br>**ORDER** |

   Pending before the Court are pro se Plaintiff's motions for entry of default. Docs. ##27-32, 34-35. For the reasons set forth below, the Court will deny the motions.

**DISCUSSION**

   Plaintiff seeks entries of default against numerous Defendants. Plaintiff states that Defendants have either been served in their official capacity via Attorney General Gonzalez and the General Counsel to the United States Postal Service, or have simply failed to answer or acknowledge service. Docs. ##27-32, 34-35.

   Rule 55 of the Federal Rules of Civil Procedure provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a). No affidavits attesting to proper

1  service have been filed with the Court.  Plaintiff has failed to provide proof of service on the
2  individual Defendants as required by Rule 55(a).
3      **IT IS THEREFORE ORDERED** that Plaintiff's motions for entry of default (Docs.
4  ##27-32, 34-35) are **denied**.
5      DATED this 7th day of March, 2006.

*David G. Campbell (signature)*
_____
David G. Campbell
United States District Judge