**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reginald Haywood, | No. CV-05-2179-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Jeffrey A. Bedatsky, et al., | |
| Defendants. | |

The Court will grant Plaintiff's Motion to Request U.S. Marshal's Service. Dkt. #89. Fed. R. Civ. P. 4(c)(2). Plaintiff shall promptly inform the Marshal's office (Shannon Vitkovich (602) 382-8767), of the precise Defendants Plaintiff wishes to have served, along with the address or locations of such Defendants.

**IT IS ORDERED** that Plaintiff's Motion to Request U.S. Marshal's Service (Dkt. #89) is **granted**.

DATED this 13th day of December, 2006.

David G. Campbell
United States District Judge